IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CASSANDRA JIMMIE, et al.,

      Plaintiff,

v.                              Case No.: 1:13-CV-01096-JCH/RHS

THE UNITED STATES OF AMERICA,e t al.,

      Defendants.

## PLAINITIFF'S UNOPPOSED MOTION TO DISMISS

    COMES NOW Plaintiff, Cassandra Jimmie, by and through her attorneys, KEELER & KEELER, LLP. [William R. Keeler] and moves the Court to dismiss the above entitled numbered cause. Mr. Keeler has met on serveral occassions, in person and via telephone with Cassandra Jimmie to discuss the claim and Ms. Jimmie has agreed to dismiss the cause as evidenced by her attached affidavit (Exhibit "A"). Roberto D. Ortega, Assistant U.S. Attorney, has been contacted and does not oppose said motion.

                              KEELER & KEELER, LLP

                              */s/ William R. Keeler*
                              William R. Keeler
                              108 E. Aztec Ave.
                              Gallup, NM  87301
                              (505) 722-5608
                              (505) 722-5614 (f)

                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 15, 2014, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Roberto D. Ortega
Assistant U.S. Attorney
Roberto.ortega@usdoj.gov
*Attorney for Defendants*

                                                    */s/ William R. Keeler*
                                                    Williams R.  Keeler