IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CASSANDRA JIMMIE, et al.,

      Plaintiff,

v.                                                                    Case No.: 1:13-CV-01096-JCH/RHS

THE UNITED STATES OF AMERICA, e t al.,

      Defendants.

**ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Dismiss, and the Court being otherwise fully advised, finds that the motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Complaint against Defendants, together with all claims which were either made therein or which could have been made therein, are dismissed with prejudice, as to Defendants, with each party to bear his or its respective costs, expenses and/or attorney fees.

                                      U.S. DISTRICT JUDGE

Respectfully submitted by:

KEELER & KEELER, LLP.

*/s/ William R. Keeler*
William R. Keeler
108 E. Aztec Avenue
Gallup, NM 87301
(505) 722-5608
(505) 722-5614 (f)

Approved by:

*Approved via electronic mail 10/15/2014*
Roberto D. Ortega
Assistant U.S. Attorney
*Attorney for Defendants*